# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### Western

FILED BY _____ D.C.

05 OCT 19 AM 7: 03

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

     Plaintiff,

vs.                                  Case No. 2:04cr20292 -D

Grady McDown

---

## ORDER REFUNDING CASH APPEARANCE BOND

---

       This matter comes before the Court on a motion for refund of the cash appearance bond.
It now appears that the defendant has complied with the requirements of said bond and orders of
this Court.

       IT IS THEREFORE **ORDERED** that the appearance bond for this defendant be canceled
and discharged; and the Clerk is directed to issue a check on the Registry in the sum of $750.00,
payable to Mary McDown-Benton at 546 Frazier Drive, Memphis, TN 38127 in full refund of the cash
appearance bond posted herein.

United States District Judge
Bernice B. Donald

Date: _10-18-05_
Approved.
Thomas M. Gould, Clerk of Court

BY: _____
Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _10-19-05_

60

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 60 in
case 2:04-CR-20292 was distributed by fax, mail, or direct printing on
October 19, 2005 to the parties listed.

---

Steffen G. Schreiner
LAW OFFICE OF STEFFEN G. SCHREINER
369 N. Main
Memphis, TN 38103

Leonard E. Lucas
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Financial Unit
FINANCIAL UNIT
167 N. Main St.
Room 242
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT